```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :      **18-CR-14 (VM)**
        -against-                   :       **ORDER**
                                    :
VINCENT D'ACUNTO,                   :
                                    :
              Defendant.            :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On or about August 7, 2020, the defendant, Vincent D'Acunto ("D'Acunto") began a three-year term of Supervised Release. By letter dated April 27, 2022, D'Acunto requested early termination of supervised release pursuant to 18 U.S.C. Section 3583(e)(1). (Dkt. No. 405.) The Government and the Probation Department, by letter dated May 3, 2022, informed the Court that they do not object to D'Acunto's request as early termination would be in line with governing law and Probation's policies. (Dkt. No. 407.)

Accordingly, it is hereby ordered that defendant Vincent D'Acunto be discharged from Supervised Release and the proceedings in the case be terminated.

**SO ORDERED:**

Dated:    New York, New York
          4 May 2022

                                         _____
                                         Victor Marrero
                                         U.S.D.J.